UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>FULL SCOPE CONTRACTING, INC.<br>    Defendant. | Civil Action No:  1:25-CV-10696 |

# COMPLAINT

## JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

## PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, FULL SCOPE CONTRACTING, INC., is a Massachusetts corporation having a principal place of business at 15 Lori Lane, Taunton, MA 02780.

## COUNT I

4. On or about December 27, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Braintree, MA office conducted an inspection of the Defendant's job site located at 254 State Road, Dartmouth, MA 02747.

5.  On or about February 19, 2020, OSHA issued a three-item serious citation, and a notification of penalty (citation) is attached as **Exhibit A.** The total proposed penalty was $8,096.00.

6.  The Defendant received the citation on February 19, 2020, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

7.  On or about March 17, 2020, the Defendant entered into an informal Settlement Agreement to pay an amended total of $6,000.00, agreement is attached as **Exhibit B.**

8.  On or about April 17, 2020, the Defendant became delinquent, and OSHA referred the debt to Treasury for collections. After the debt was referred (1) one payment was received, which reduced the principal amount owed to $4,556.38.

9.  As of January 6, 2025, the Defendant is indebted to the United States in the amount of $8,051.39 calculated as follows:

| | |
|---|---|
| Principal: | $4,556.38 |
| Interest (at 2.00%) | $340.04 |
| Penalty (at 6.00%) | $1,020.13 |
| Admin fees: | $2,134.84 |
| Total: | $8,051.39 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit C** and incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendant for $8,051.39, plus interest from January 6, 2025, and for such other and further relief as this Court deems fair and reasonable.

Dated: March 26, 2025

                              The United States of America
By its attorneys[1]:

                              /s/ *John O. Postl*
John O. Postl, BBO# 567729
Schuerger Law Group
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
jpostl@schuergerlaw.com
Phone No. 614-824-5731
Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.